UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ELLA NOLAN,                                       )
                                                  )
        Plaintiff,                                )
                                                  )
v.                                                )         No. 3:10-cv-142
                                                  )         (Phillips)
INDUSTRIAL SORTING SERVICES, INC.                 )
And INDUSTRIAL FINISHING SERVICES,                )
INC.,                                             )
                                                  )
        Defendant.                                )

## ORDER

Before the Court is the Joint Motion to Stay the Proceedings in the above-captioned

matter. [Doc. 43].  The parties have resolved all claims and dismissal of this matter is anticipated

to occur on or about February 15, 2013, upon final settlement payment. For good cause show,

the Motion [Doc. 43] is hereby **GRANTED.**


        **IT IS SO ORDERED.**

                                **ENTER:**


                                        _____s/ Thomas W. Phillips_____

                                        United States District Judge